Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| SALVADOR L. ALEMAÑY CALDERÓN<br><br>Recurrida<br><br>v.<br><br>METRO GUAYNABO DEV, LLC<br><br>Peticionaria | KLCE202400089 | CERTIORARI<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.:<br>BY2023CV06955 (401)<br><br>Sobre:<br>DAÑOS Y OTROS |

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez y el Juez Pérez Ocasio.

Grana Martínez, Jueza Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 26 febrero de 2024.

El 23 de enero de 2024, Metro Guaynabo Dev, LLC instó el presente recurso de *certiorari* y *Urgente moción en auxilio de jurisdicción.* En el recurso nos solicitó que revisáramos la *Orden* emitida por el Tribunal de Primera Instancia, Sala Superior de Bayamón, del 18 de enero de 2024, y notificada el día 19 del mismo mes y año, así como el Mandamiento emitido y notificado el 22 de enero de 2024. Mediante el referido dictamen, el foro primario ordenó la anotación preventiva de prohibición de enajenar en el Registro de la Propiedad sobre cierto inmueble perteneciente a la apelante. Ese mismo día, emitimos Resolución en la que declaramos ha lugar la moción en auxilio, paralizamos los procedimientos ante el Tribunal de Primera Instancia, Sala de Bayamón, y concedimos un término de diez (10) días a la parte recurrida para expresarse sobre el recurso.

El 22 de febrero del presente año, Metro Guaynabo Dev. LLC presentó *Solicitud de Desistimiento con Perjuicio* en el que informa que el 21 de febrero de 2024 se presentó un aviso de desistimiento

con perjuicio en el referido caso, en virtud de la Regla 39.1(a)(1) de Procedimiento Civil, 32 LPRA Ap. V. De conformidad, solicita el desistimiento del caso con perjuicio.

Habiendo la parte promovente del recurso presentado aviso de desistimiento, la controversia presentada ante nuestra consideración se ha tornado académica, por lo que ordenamos su desestimación de conformidad con la Regla 83(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones